IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MIRACLE TELFORD and LARRY SMITH, JR.** | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. **3:26-CV-1477-L-BK** |
| | § | |
| **IQ DATA INTERNATIONAL, INC.,** | § | |
| | § | |
| Defendant. | § | |

**ORDER**

On August 27, 2026, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 15) was entered, recommending that the court dismiss without prejudice this action and Plaintiffs' federal debt collection claims pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and comply with a court order. Specifically, Plaintiffs did not respond to the magistrate judge's questionnaire or the August 6, 2026 deadline, concerning their Motions to Proceed In Forma Pauperis (Docs. 10, 12), and they did not seek an extension of that deadline. No objections to the Report were filed, and the 14-day deadline for doing so has expired.

Having considered the file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **dismisses without prejudice** this action pursuant to Rule 41(b) for failure to prosecute and comply with a court order and **denies as moot** Plaintiffs' Motions to Proceed In Forma Pauperis (Docs. 10, 12).

The court prospectively **certifies** that any appeal of this action by Plaintiffs would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3). In support of this certification, the court **incorporates by reference** the Report. *See Baugh v. Taylor*, 117 F.3d 197,

202 and n.21 (5th Cir. 1997). Based on the Report, the court concludes that any appeal of this action by Plaintiffs would present no legal point of arguable merit and would, therefore, be frivolous. *Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983). In the event of an appeal, Plaintiffs may challenge this certification by filing a separate motion or motions to proceed *in forma pauperis* on appeal with the clerk of the United States Court of Appeals for the Fifth Circuit. *See Baugh*, 117 F.3d at 202; Fed. R. App. P. 24(a)(5).

**It is so ordered** this 26th day of October, 2026.

Sam A. Lindsay
United States District Judge